1  SCOTT J. SAGARIA (SBN 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   Egale@sagarialaw.com
3  JARRETT S. OSBORNE-REVIS (SBN 289193)
   Josborne@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   333 West San Carlos Street, Suite 620
5  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
6
   Attorneys for Plaintiff
7
   TOMIO B. NARITA (SBN 156576)
8  tnarita@snllp.com
   R. TRAVIS CAMPBELL (SBN 271580)
9  tcampbell@snllp.com
   **SIMMONDS & NARITA, LLP.**
10 44 Montgomery Street Suite 3010
   San Francisco, California 94104-4816
11 Telephone:  (415) 283-1000
   Facsimile:   (415) 352-2625
12
13 Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE WELCH, | Case No.: 5:13-cv-01481-PSG |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL |
| v. | |
| DISCOVER FINANCIAL SERVICES, an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

STIPULATED REQUEST FOR DISMISSAL - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the above captioned case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   July 9, 2013            /s/ *Jarrett S. Osborne-Revis*
　　　　　　　　　　　　　　　　　Scott J. Sagaria
　　　　　　　　　　　　　　　　　Elliot W. Gale
　　　　　　　　　　　　　　　　　Jarrett S. Osborne-Revis
　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: July 9, 2013            /s/  *R Travis Campell*
　　　　　　　　　　　　　　　　　Tomio B. Narita
　　　　　　　　　　　　　　　　　R. Travis Campbell
　　　　　　　　　　　　　　　　　**Simmonds & Narita LLP.**
　　　　　　　　　　　　　　　　　Attorneys for Defendant


**[PROPOSED] ORDER**

IT IS SO ORDERED.


DATED: July 10, 2013

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE